# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

### NO. 03-13-00458-CR

**John Charles Terry, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.